UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SAFE STEP WALK-IN TUB CO., a Tennessee corporation, and MICHAEL DUFFER,

Petitioners,

v.

GREENWORKSUS,
a California corporation,

Respondent.

Case No. 3:13-cv-00489

*[Handwritten annotation: Granted. In light of the Order in the California action, the motion to lift the stay is granted. The parties have 20 days to submit any further memoranda on the motion to compel. (signature) 11-8-13]*

PETITIONERS' MOTION TO LIFT STAY AND GRANT
MOTION TO COMPEL ARBITRATION IN LIGHT OF JULY 12, 2013
ORDER STAYING CALIFORNIA PROCEEDING PENDING THIS COURT'S
RULING ON PETITIONERS' MOTION TO COMPEL ARBITRATION

Petitioners Safe Step Walk-in Tub Co. ("Safe Step") and Michael Duffer ("Duffer"), by their attorneys, respectfully move this Court to lift the stay that it entered on July 2, 2013 and grant Safe Step's and Duffer's motion to compel arbitration. Petitioners make this motion because, in accordance with the terms of the Federal Arbitration Act, the United States District Court for the Northern District of California has stayed all proceedings in that Court pending this Court's ruling on Petitioners' motion to compel arbitration. In further support of their motion, Safe Step and Duffer state as follows:

1. As set forth in more detail in Safe Step's and Duffer's memorandum of law in supports of their motion to compel arbitration [Docket Entry No. 8], the parties to this proceeding have been engaged in an arbitration proceeding in Nashville, Tennessee for over seven months. That proceeding (Case No. 30-155-000003-13) (the "Arbitration Action") was commenced, and is proceeding, in accordance with the terms of the parties' arbitration